April 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY CORLETTO, Appellant

NO. 14-15-00182-CV             V.

WELLINGTON PARK PATIO HOME ASSOCIATION, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 23, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Anthony Corletto.

We further order this decision certified below for observance.